**FILED**
MAY 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Raymond Diaz LUCERO <br><br> Defendant. | Magistrate Case No.: '08 MJ 8419 <br><br> COMPLAINT FOR VIOLATION OF <br><br> 21 U.S.C. § 952 and 960 <br> Importation of a Controlled Substance <br> (Felony) |

The undersigned complainant being duly sworn states:

On or about May 12, 2008, within the Southern District of California, defendant Raymond Diaz LUCERO did knowingly and intentionally import approximately 52.10 kilograms (114.62 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Timothy L. Henderson
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 14th DAY OF MAY, 2008.

_____
Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Raymond Diaz LUCERO

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Timothy Henderson.

On May 12, 2008, Raymond Diaz LUCERO made entry into the United States from Mexico through the Calexico, California West Port of Entry. LUCERO was the driver of a Chevrolet pickup. The pickup was last registered in the name of Juan Jose Rodriguez-Cota of Mexicali, Mexico.

Customs and Border Protection Officer (CBPO) M. Riche was working primary lane four (4) at the Port of Entry when LUCERO made entry into the United States. CBPO Riche referred LUCERO to the secondary lot for further inspection.

In secondary, CBPO J. Kierepka received a negative Customs declaration from LUCERO. A search of the Chevrolet resulted in the recovery of 26 packages containing a green leafy substance. A sample of the substance field-tested positive for marijuana. The combined weight of the packages was 52.10 kilograms (114.62 pounds). When CBPO Kierepka advised LUCERO that he was being detained for "transporting narcotics", LUCERO asked how much marijuana had been found.

Special Agent (S/A) Timothy Henderson interviewed LUCERO. S/A Henderson read LUCERO his constitutional rights per Miranda in English with S/A H. Leon present. LUCERO orally waived his rights, agreeing to make a statement.

LUCERO stated the he had never been told that any controlled substances were in the vehicle.  LUCERO did admit that shortly before making entry into the United States he believed that "drugs" were present in the vehicle.  LUCERO said that he did not discontinue the venture because his word had been given.  LUCERO said that he was paid to drive the Chevrolet to Pep Boys in Calexico.